# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126867 & (63)

FAMILIES AGAINST INCINERATOR RISK,
WILLIAM RINEY and PAUL FORTIER,
           Plaintiffs-Appellees,

v

PEGGY HAINES, as County Clerk, and PEGGY
HAINES, DIANE HILL, LUANN KOCH and
ANDY FANTA, as Washtenaw County Election
Scheduling Committee,
           Defendants-Appellants.
and

BRENDA STUMO, Ypsilanti Township Clerk,
KAREN LOVEJOY, Ypsilanti Township Supervisor,
and LARRY DOE, Ypsilanti Township Treasurer,
           Intervening Defendants-Appellees.

_____

SC: 126867
COA: 245319
Washtenaw CC: 02-000823-CZ

            On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



            I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2006 _____        _____
                                                              Clerk